**MEMORANDUM**

TO: HONORABLE ROBERT P. PATTERSON
U.S. District Judge

FROM: Natasha Ramesar
U.S. Pretrial Services Officer



RE: Abigail Wallace
DOCKET#: 08 CR 379-07

The attached memorandum was prepared by Pretrial Services Officer:

| **Natasha Ramesar** | **212-805-4118** |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ] My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on _____ at _____ .
                          Date              Time

[ ] I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] _____ at his/her earliest convenience.
        Judicial Officer

[ ] So ordered: [signature] Date 9/9/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/08
```

# U.S. Pretrial Services
# Southern District of New York
# MEMORANDUM

**DATE:** September 9, 2008

**TO:** Honorable Robert P. Patterson
United States District Judge

**FROM:** Natasha Ramesar
Pretrial Services Officer

**SUBJECT:** Abigail Wallace
A/K/A "Keisha LNU"
08 CR 379-07
<u>VIOLATION REPORT</u>

This memo will serve to provide the Court with updated information as to the defendant's adjustment while under Pretrial Services supervision in New Jersey.

On April 10, 2008, the above named defendant was arrested and charged with Conspiracy to Distribute Narcotics in violation of Title 21 U.S.C. Section 846. On that same date, the defendant appeared before United States Magistrate Judge James C. Francis IV for an initial hearing and was released on a $100,000 personal recognizance bond, cosigned by 3 financially responsible people with the following conditions: strict Pretrial Services supervision, surrender of travel documents/no new applications, and travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

On April 28, 2008, an indictment was filed and this case was assigned to Your Honor for all purposes. On May 6, 2008, the defendant appeared before Your Honor for arraignment on the indictment and entered a plea of not guilty. Jury trial is scheduled to commence on January 5, 2009.

PSO was notified by Pretrial Services in New Jersey that the defendant was involved in an altercation on August 15, 2008, which resulted in an arrest for assault and resisting arrest. According to the defendant's supervising officer, the defendant reported that she went to her son's father's residence, Mr. Bertrand, where he resides

with his girlfriend, Ms. Lewin, to get money. The defendant related that an unknown female called the police as a result of past arguments between the defendant and Ms. Lewin. She reported that the police arrived and called her a cab, but instead of going into the cab she walked up to Mr. Bertrand at which time, Ms. Lewin hit her in the head and the defendant hit her back. The defendant advised that she was arrested, released on her own recognizance and is scheduled to return to court in Irvington, New Jersey on September 25, 2008.

According to the police report from Irvington Police Department (see attached), police officers were dispatched to Mr. Bertrand's residence on the report of a female/female fight. The police report indicated that while the defendant was making her way to the cab, she decided to sprint for the front porch at which time she grabbed Ms. Lewin's hair. It revealed that the police officers separated the defendant and Ms. Lewin and the defendant was advised that she was being arrested. The report further indicated that the defendant refused to comply with the arrest and continued to try to attack Ms. Lewin.

An updated criminal record check confirmed that the defendant was arrested on August 15, 2008, in Irvington, New Jersey for assault and resisting arrest.

Other than the above noted rearrest, the defendant has been compliant with the conditions of her release. She has reported as directed to Pretrial Services in New Jersey and has maintained employment.

PSO is not recommending a violation hearing be held at this time. We will await the outcome of the defendant's New Jersey case and will keep the Court apprised of such. Assistant U.S. Attorney Michael Rosensaft has been advised of the defendant's rearrest and has no objection to this request.

Reviewed by:

cc: Michael Rosensaft, Assistant U.S. Attorney
    Louis Aidala, Defense Counsel

| 1. Department | 2. ORI NO. | 3. DEPT. CASE NO. | 4. PROS. CASE NO. | 5. INCIDENT NO. |
|---|---|---|---|---|
| IRVINGTON POLICE | NJ0070900 | | | 08-44210 |

| 4. SUBJECT NO | 6. NAME (LAST, FIRST, MIDDLE) | | 6. PHONE (AREA) | 9. ALIAS / NICKNAME |
|---|---|---|---|---|
| 1 | Wallace, Abbygail D | | (973) 934-9773 | |

| 10. ADDRESS (STREET, MUN, STATE, ZIP) | 11. POB | 12. U.S. CITIZEN? |
|---|---|---|
| 14 Marion Avenue 3RD FL Newark, NJ 07106 | Trinidad | ☐ NO ☒ YES ☐ UNK |

| 13. AGE | 14. DOB (MM/DD/YY) | 15. SEX | 16. RACE | 17. HISPANIC | 18. HT. (FFIN) | 19. WEIGHT | 20. HAIR | 21. EYES | 22. | 23. |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 07/06/82 | F | Bk | ☐ YES ☒ NO ☐ UNK | 5-03 | 140 | Black | Brown | ☒ RIGHT-HANDED ☐ LEFT-HANDED | ☐ RESIDENT ☒ NON-RESIDENT ☐ UNKNOWN |

| 24. DESCRIPTIVE - SCARS - MARKS - TATTOOS | 25. OCCUPATION | 26. |
|---|---|---|
| none | Cashier | ☒ SINGLE ☐ MARRIED ☐ DIVORCED ☐ WIDOWED ☐ SEPARATED |

| 27. EMPLOYER / SCHOOL | 28. BUSINESS PHONE (AREA) |
|---|---|
| Weisbrods | 973-371-2771 |

| 29. EMPLOYER'S ADDRESS (STREET, MUN, STATE, ZIP) | 30. SOCIAL SECURITY NO. |
|---|---|
| 980 South Orange Ave. Newark, NJ | 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 |

| 31. FBI NO. | 32. SBI NO. | 33. LOCAL AGENCY NO. | 34. OTHER ID NO. (TYPE) | 35. DRIVERS LICENSE NO. | 36. STATE |
|---|---|---|---|---|---|

CIRCLE AS MANY AS APPLY

| 37. COMPLEXION | 38. HAIR STYLE | 39. HAIR LENGTH | 40. FACIAL HAIR | 41. BUILD | 42. SPEECH | 43. WEAPON |
|---|---|---|---|---|---|---|
| 1 PALE | 1. NOT APPLICABLE | 1. SHAVED | 1. NOT APPLICABLE | 1. THIN | (1) NORMAL | (1) NONE |
| 2 LIGHT | 2 AFRO | 2. BALD | 2 CLEAN SHAVEN | (2) MEDIUM | 2. ACCENT | 2. AUTOMATIC |
| (3) MEDIUM | 3 BRAIDED | 3. BALDING | 3 UNSHAVEN | 3. STOCKY | 3. NON-ENGLISH | 3. HANDGUN |
| 4 DARK | 4 BUSHY | 4. SHORT | 4. SIDEBURNS | 4 HEAVY | 4. HIGH-PITCH | 4. SHOTGUN |
| 5 TANNED | 5 CREW CUT | 5 NECK LEN | 5 MUSTACHE | 5. OBESE | 5. LOW-PITCH | 5. RIFLE |
| 6 JAUNDICED | 6 MILITARY | 6 COLLAR | 6. FU MANCHU | 6 OTHER | 6. NASAL | 6. OTHER FIREARM |
| 7 ACNE | 7 PONYTAIL | (7) SHOULDER | 7. LOWER LIP | | 7. RASPY | 7. UNKNOWN FIREARM |
| 8 FRECKLED | 8 PROCESSED | 8. LONGER | 8. GOATEE | | 8. STUTTERS | 8. KNIFE / CUT INST. |
| 9 POCKED | (9) STRAIGHT | 9 OTHER | 9. FULL BEARD | | 9 OTHER | 9. CLUB / BLACKJACK |
| 10 RUDDY | 10 WAVY/CURLY | | 10 OTHER | | | 10. OTHER |
| 11 OTHER | 11 WIG | | | | | |
| | 12 OTHER | | | | | |

| 44. LOCATION OF OFFENSE (STREET, MUN, STATE, ZIP) |
|---|
| 10th 39 Street Irvington, NJ 07111 |

| 45. ARREST DATE (MM/DD/YY) | 46. TIME | 47. LOCATION OF ARREST (STREET, MUN, STATE, ZIP) |
|---|---|---|
| 08/15/08 | 1916 | 10th 39 Street Irvington, NJ 07111 |

| 48. ARREST ☐ WARRANT ☒ ON VIEW ☐ SUMMONS ☐ ON P.C. | 49. CRIMINAL WAR. / SUMMONS NO. | 50. CRIME / OFFENSE | 51. NJ STATUTE | 52. UCR CODE |
|---|---|---|---|---|
| | S-2008-2365 | | | |

| 53. TOTAL NO. OF CHARGES | 54. MV SUMMONS / WARNING NO. |
|---|---|
| 2 | |

| 55 DATE OF OFFENSE | 56. TELETYPE NO. | | |
|---|---|---|---|
| 08/15/08 | | Simple Assault | 2C:12-1 |
| | | Resisting | 2C:29-2 |

| 57. FINGERPRINTED | 58 PHOTOGRAPHED | 59. PHOTO NUMBER | 60 NCIC CHECK ☐ NO CHECK ☐ WANTED ☐ NO RECORD | 61. CONSTITUTIONAL RIGHTS BY WHOM ☐ NO ☐ YES | HOW RESPONDED |
|---|---|---|---|---|---|
| ☐ NO ☒ YES | ☐ NO ☐ YES | | | | |

| 62 COMPLAINANT'S NAME (LAST, FIRST, MIDDLE) | ADDRESS (STREET, MUN, STATE, ZIP) | PHONE NO (AREA) |
|---|---|---|
| Ptlm. Johnson, S | 1 Civic Sq. Irvington, NJ 07111 | |

| 63 JUDGE - SETTING BAIL | 64 DATE | 65. TIME | 66 AMOUNT | 67 RESULT |
|---|---|---|---|---|

| 68 FINAL DISPOSITION | 69. DATE | 70. PERSONAL PROPERTY TAKEN ☐ NO ☐ YES | SIGNATURE OF ARRESTEE |
|---|---|---|---|

| 71. VEHICLE OWNERS NAME | 72. YEAR | 73. MAKE | 74. MODEL | 75. BODY TYPE | 76. COLOR | 77. REGISTRATION NO. STATE | 78. V.I.N. / OTHER IDENTIFYING NO |
|---|---|---|---|---|---|---|---|

JUVENILE RELEASE SECTION / NEXT OF KIN INFORMATION

| 78. JUVENILE OR NEXT OF KIN INFORMATION | PARENT / GUARDIAN, PROBATION | NAME | STREET ADDRESS |
|---|---|---|---|

| 80. ADDRESS (STREET, MUN, STATE, ZIP) | 81. PHONE |
|---|---|

| 82 DATE CONTACTED | 83. TIME CONTACTED | 84. RELEASED TO / DETAINED AT (SIGNATURE) | 85. DATE | 86. TIME |
|---|---|---|---|---|

| 87. JUVENILE DISPOSITION ☐ REFERRED TO CHILD WELFARE AGENCY | ☐ HANDLED WITHIN DEPARTMENT ☐ REFERRED TO ADULT COURT | ☐ REFERRED TO OTHER POLICE AGENCY ☐ REFERRED TO JV COURT OR PROBATION | 88. OFFICER RELEASING JUVENILE | SIGNATURE | BADGE NO |
|---|---|---|---|---|---|

89. NARRATIVE / ADDITIONAL CHARGES

| 90. PRINT RANK / OFF. NAME | SIGNATURE | 91. BADGE NO. | 92. PAGE NO. | 93. REPORT DATE | 94. REVIEWED BY |
|---|---|---|---|---|---|
| Ptlm., Lacoste, H | | 299 | 04 of 04 | 08/15/08 | |

AR

# COMPLAINT-SUMMONS

**COURT NUMBER:** 0709 S 2008 002565

**THE STATE OF NEW JERSEY**
**VS.**
**ABBYGAIL D WALLACE**

IRVINGTON MUNICIPAL COURT
CIVIC SQUARE
IRVINGTON NJ 07111
(973)399-6674  COUNTY OF: ESSEX

ADDRESS: 14 MARION AVE
NEWARK NJ 07106

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 2 | | 08-44210 |

**COMPLAINANT NAME:** SIMON JOHNSON
PUBLIC SAFETY BLDG.
CIVIC SQUARE/RECORD
IRVINGTON NJ 07111

**DEFENDANT INFORMATION**
SEX: F  EYE COLOR: BROWN  DOB: 07-06-1982
DRIVER'S LIC. #.  DL STATE:
SOCIAL SECURITY #: 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  SBI #:
TELEPHONE #: (973)934-9773

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 08-15-2008 in IRVINGTON TWP, ESSEX County, NJ did:

1-WITHIN THE JURISDICTION OF THIS COURT ATTEMPT TO CAUSE BODILY INJURY TO VICTIM (CYNTHIA D. LEVIN) BY FORCEFULLY GRABBING HER BY HER HAIR DURING A DISPUTE AND IN CLEAR VIEW OF UNIFORMED PTLM. S. JOHNSON

2-WITHIN THE JURISDICTION OF THIS COURT PURPOSELY PREVENT UNIFORMED PTLM S. JOHNSON FROM EFFECTING A LAWFUL ARREST BY REFUSING TO SUBMIT TO BEING HAND-CUFFED

SEE REPORTS FOR PROBABLE CAUSE

**In violation of:**

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:12-1A(1) | 2C:29-2A(1) | |
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: S. [signature]  SIMON JOHNSON  Date: 08-15-2008

The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**SUMMONS:**
YOU ARE HEREBY SUMMONED to appear before this court to answer this complaint. If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

DATE TO APPEAR: 08-18-2008  TIME: 9:00am
SIMON JOHNSON  08-15-2008
Signature of Person Issuing Summons  Date

☐ Domestic Violence – Confidential
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

POLICE COPY

# Irvington Police - Investigation Report

| Field | Value |
|---|---|
| 1. Department | IRVINGTON POLICE |
| 2. ORI No. | NJ0070900 |
| 5. Incident No. | 08-44210 |
| 6. Victim No. | 1 of 1 |
| 7. Victim/Complainant Name | Lewin, Cynthia D |
| 8. Phone | (973) 372-0975 |
| 9. Social Security No. | 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 |
| 10. | Resident |
| 11. Address | 103 Prospect Ave. 1St Floor Irvington, NJ 07111 |
| 12. Age | 51 |
| 13. DOB | 09/14/57 |
| 14. Sex | F |
| 15. Race | blk |
| 16. Hispanic | No |
| 17. Employer/School | Woodbridge Development Center |
| 18. Employer's Address | PO Box 189 Rahway Avenue, Woodbridge, NJ |
| 20. Crime/Incident | Simple Assault |
| 21. NJ Statue(s) | 2C:12-1 |
| 23. Status | AT |
| 25. Hour | 1916 |
| 26. Day of Week | Friday |
| 27. Date | 08/15/08 |
| 29. | 2C:29-2 |
| 32. No. of Suspects | 1 |
| 41. Date/Time Reported | 08/15/08 1916 |
| 42. How Received | Dispatch |
| 43. Crime/Incident Location | 10Th 39 Street |
| 44. Municipal Code | 0709 |
| 45. Dist./Area | 1 Area |
| 54. Weather Conditions | RAIN |

**60. Type of Victim:** 1. Individual

**61. Injury Type:** 1. None

**62. Relationship of Victim to Offender:** Stranger

**63. Tools Used:** Not Applicable

**64. Type of Weapon:** 11. Hands/Feet

**65. Suspect Actions:** 16. Pretended to be ASSAULTED, 31. Other VICTIM

**66. Method of Entry:** Not Applicable

**67. Point of Entry:** Not Applicable

**68. Location of Offence:** 16. Highway/Road/Alley

| 80. MO/Persons | W - Witness | R - Person Reporting | S - Suspect | A - Arrestee |

R same as #7

| 91. Was a suspect arrested? | YES |
| Can a suspect be described? | YES |
| Can suspects vehicle be identified? | NO |
| Can a suspect be named? | YES |
| Was there a known witness to the crime? | NO |
| Is stolen property traceable? | NO |
| Can a suspect be located? | YES |
| Is there a unique M.O. present? | NO |
| Was physical evidence recovered? | NO |

| 92. Print Rank/Off. Name | Ptlm. Lacoste, H |
| 93. Badge No | 299 |
| 94. Page No | 01 of 08 |
| 95. Report Date | 08/15/08 |

NARRATIVE/ CONTINUATION REPORT  ☒ IR  ☒ AR

| 1. DEPARTMENT | 2. ORI NO. | 3. DEPT. CASE NO | 4. PROS CASE NO. | 5. INCIDENT NO. |
|---|---|---|---|---|
| IRVINGTON POLICE | NJ0070900 | | | 08-44210 |

On this date, this unit #504 (Johnson, Lacoste), #502 (Puryear, Manderski), and #K3 (Gunatilaka) was dispatched to 10 -39th St. on the report of a female/female fight. While still in route headquarters advised responding units that one of the females was damaging a vehicle. Upon arrival units met with the complainant (Lewin, Cynthia D.), whom pointed out (Wallace, Abbygail D.). The complainant stated that Ms. Wallace came to the above listed residence and began threatening all of the females to a fight, and demanding to see her child's father (Bertrand, Royston) whom was inside. When all of the residents of 10 -39th St. refused to fight, Ms. Wallace then went across the street to Mr. Bertrands pickup truck and began jumping up and down in the flatbed section as if to cause damage.

Mr. Bertrand was interviewed and he stated that there is no damage to his vehicle and he just wants Ms. Wallace to leave him alone. Ms. Wallace denied all allegations of trying to harm a vehicle and stated that all she asked for was the nineteen hundred dollars ($1900.00) Mr. Bertrand owes her. Ms. Wallace was advised to court to retrieve any money she believes Mr. Bertrand owes her, Ms. Wallace was also checked for any outstanding warrants which proved negative. A taxi cab was then requested to the scene and the suspect was advised not to return to the area.

While making her way to the taxi Ms. Wallace disregarded the taxi and sprinted for the front porch, where Ms. Lewin and the rest of the residents were standing. Ms. Wallace then charged directly at Ms. Lewin and grabbed her hair. at that point P/O Gunatilaka separated the two as P/O Manderski proceeded to advise Ms. Wallace (suspect) she was under arrest. The suspect refused to comply with P/O Manderskis' orders to place her hands behind her back (for handcuffing purposes), and she continued her efforts to try an attack Ms. Lewin again. With P/O Manderski restraining the suspect, I was able to secure one handcuff on the suspects right wrist. This made the suspect lean on her left hand which enabled her to continue her resisting. While maintaining my grasp of the suspects right wrist, I then O.C. sprayed the suspect which caused her to be disoriented long enough for the handcuffing process to be completed.

Ms. Lewins' pedigree information was gathered however she did not wish to respond into Headquarters for complaint purposes. This unit then transported the suspect to I.P.D Headquarters to be processed. Once at Headquarters, Monoc unit #903 responded and decontaminated the suspects facial area.

| 6. PRINT RANK / OFF NAME | SIGNATURE  | 7. BADGE NO. | 8. PAGE NO. | 9. REPORT DATE | 10. REVIEWED BY |
|---|---|---|---|---|---|
| P/O S. Johnson | | 360 | 3 of 4 | 08/15/08 | |

CN

ADDITIONAL VICTIM REPORT

IRVINGTON POLICE — NJ0070800

**6. VICTIM NO.** 1 of 1
**7. VICTIM/COMPLAINANT NAME** P/O S. Johnson #360
**8. PHONE** 973-399-6600

**11. ADDRESS** 1 Civic Sq. Irvington, NJ 07111

**20. CRIME/INCIDENT** Resisting Arrest

**23. STATUS:** ☒ COMP.

**60. TYPE OF VICTIM:** 4. Government (circled)

**61. INJURY TYPE:** 1. None (circled)

**62. RELATIONSHIP OF VICTIM TO OFFENDER(S):** N/A (circled)

---

**93. PRINT NAME / OFF. NAME:** P/O S. Johnson
**94. SIGNATURE:** S. John
**95. BADGE NO.:** 360
**96. PAGE NO:** 02 of 04
**97. REPORT DATE:** 08-15-08